# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CASE NO. 3:25-cr-2-LCB-HNJ** |
| ) | |
| **JARROD GAILEN WEBSTER,** ) | |
| ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE

Defendant, **JARROD GAILEN WEBSTER**, by and through counsel, and respectfully requests this Honorable Court to enter an Order resetting the arraignment and change of plea currently set for January 22, 2025 to a docket after March 3, 2025 due to the unavailability of Tim Case. The Honorable Michael Royster, Assistant United States Attorney does not object to this motion.

*/s/Albert J. Trousdale, II*
**Albert J. Trousdale, II**
(ASB-2686-059A)
Attorney for Defendant

OF COUNSEL:
TROUSDALE RYAN, P.C.
113 E. Tennessee Street
P.O. Box 367
Florence, Alabama 35631
(256) 767-0333 telephone
albert@trousdaleryan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice on the District Attorney's Office, via electronic filing, this the 21st day of January, 2025.

Honorable Michael Royster, Assistant United States Attorney

                                                  /s/ Albert J. Trousdale, II
                                                  Of Counsel

cc:     Jarrod Webster